# Order

**Michigan Supreme Court**
**Lansing, Michigan**

January 22, 2010

Marilyn Kelly,
Chief Justice

139676

Michael F. Cavanagh
Elizabeth A. Weaver
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman
Diane M. Hathaway,
Justices

TRACIE JENKINS COUTURE, Personal
Representative of the Estate of THOMAS
RAYMOND COUTURE,
       Plaintiff/Appellee,

v

                                         SC: 139676
                                         COA: 283404
                                         Arenac CC: 07-010102-CK

FARM BUREAU GENERAL INSURANCE
COMPANY,
       Defendant/Cross-Plaintiff/
       Appellant,

and

RODNEY LEE DANIELS and TANYA LYNN
DANIELS,
       Defendants/Cross-Defendants/
       Appellees.

_____/

     On order of the Court, the application for leave to appeal the August 6, 2009 judgment of the Court of Appeals is considered and, pursuant to MCR 7.302(H)(1), in lieu of granting leave to appeal, we REVERSE the judgment of the Court of Appeals, for the reasons stated in the Court of Appeals dissenting opinion, and we REINSTATE the declaratory judgment entered by the Arenac Circuit Court.



     I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

January 22, 2010

                            Clerk

p0114